**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 24-2121**

_____

In re: THEODORE JUSTICE,

      Petitioner.

_____

On Petition for Writ of Mandamus to the United States District Court for the Eastern District of North Carolina, at Raleigh. (5:24-cv-00392-D-BM)

_____

Submitted: December 19, 2024                Decided: December 27, 2024

_____

Before KING and BERNER, Circuit Judges, and TRAXLER, Senior Circuit Judge.

_____

Petition denied by unpublished per curiam opinion.

_____

Theodore Justice, Petitioner Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Theodore Justice petitions for a writ of mandamus, alleging that the district court has unduly delayed effectuating service and ruling on his civil complaint. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that the magistrate judge recently took significant action in Justice's case. Accordingly, we deny the mandamus petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*